R&F

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN District of NEW YORK (State)

Case number (If known): _____ Chapter 7

2024 OCT 24 PM 3:13

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  GKLAAR USA TECHNOLOGIES INC.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  32-0654953

4. **Debtor's address**

   Principal place of business:
   99 WASHINGTON AVE
   STE 805A
   ALBANY   NY 12210-2822

   County: ALBANY - NEW YORK

   Mailing address, if different from principal place of business: _____

   Location of principal assets, if different from principal place of business: _____

5. **Debtor's website (URL)**  /

Debtor **GKLAAR USA TECHNOLOGIES INC.**    Case number (if known) _____

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. Check all that apply:
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   Check one:
   - ☒ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. Check all that apply:
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor  **G KLAAR USA TECHNOLOGIES INC.**   Case number (if known) _____
       Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
   District _____ When __/__/____ Case number _____

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When __/__/____
    Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number   Street

    _____
    City     State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

Debtor **G KLAAR USA TECHNOLOGIES INC.**    Case number (if known) _____
Name

**13. Debtor's estimation of available funds**

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☒ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/03/2024**
MM / DD / YYYY

X _____    **GABRIELE KLAAR**
Signature of authorized representative of debtor    Printed name

Title **CEO**

# Chapter 7 Bankruptcy Filing: G Klaar USA Technologies Inc.

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor's Name: G Klaar USA Technologies Inc.

Case Number: [To be assigned]

1. Business Name and Address:

   G Klaar USA Technologies Inc.
   One Commerce Plaza,
   99 Washington Ave, Ste 805A,
   Albany, NY 12210-2822

2. Nature of Business:

   Technology startup specializing in app development for data management.

3. Gross Revenues:

   - Year 2023: $201,101.07
   - Year 2022: $10,589.23

4. Legal Actions:

   No ongoing litigation or legal proceedings.

5. Payments to Creditors:

   - Anja Isabel Schwanenberg - $44,500.00 (No payments made)

   - Anja Isabel Schwanenberg - $56,688.28 (No payments made)
   - Giugulea.dev Liana Giugulea - $55,960.00 (No payments made)

6. Assets Sold or Transferred:

   No assets sold, transferred, or disposed of in the past two years.

7. Financial Accounts:

   No bank accounts or financial accounts held by the debtor.

8. Real Property:

   No real property or real estate owned.

### Schedule A/B: Assets – Real and Personal Property

Part 1: Real Property

  None

Part 2: Personal Property

  - Cash: $244.00
  - Accounts Receivable: $0
  - Office equipment: $0.00
  - Inventory: $0.00
  - Intellectual Property: $0

Total Assets: $244.00

### Schedule D: Creditors Holding Secured Claims

  None

### Schedule E/F: Creditors Holding Unsecured Claims

Part 1: Creditors with Priority Unsecured Claims

  None

Part 2: Creditors with Nonpriority Unsecured Claims

| Creditor Name | Address | Amount Owed | Consideration |
|---|---|---|---|
| Anja Isabel Schwanenberg | Berlin, Germany | $44,500.00 | Software Development |
| Anja Isabel Schwanenberg | Berlin, Germany | $56,688.28 | 2nd Software Development Project |
| Giugulea.dev Liana Gi. | Germany | $55,960.00 | Software Development Project |

### Schedule G: Executory Contracts and Unexpired Leases

  None

### Schedule H: Codebtors

  None

**Declaration Concerning Debtor's Schedules**

I, Gabriele Klaar, declare under penalty of perjury that I have read the foregoing schedules, and that they are true and correct to the best of my knowledge, information, and belief.

*[signature]*

**Gabriele Klaar**
G Klaar USA Technologies Inc.
One Commerce Plaza,
99 Washington Ave, Ste 805A,
Albany, NY, United States, 12210-2822

October, 3rd 2024

**Clerk of the United States Bankruptcy Court**
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Subject: Chapter 7 Bankruptcy Petition for *G Klaar USA Technologies Inc.* (DOS ID: 5942648)

Dear Clerk,

I am writing to formally petition for the voluntary liquidation of *G Klaar USA Technologies Inc.* under Chapter 7 of the United States Bankruptcy Code. The company is registered under the New York Department of State with DOS ID 5942648 and is located at One Commerce Plaza, 99 Washington Ave, Ste 805A, Albany, NY, 12210-2822.
G Klaar USA Technologies Inc. has experienced financial difficulties and is no longer able to meet its financial obligations. The company has no revenue streams, and its liabilities exceed its assets. The company has **three** primary creditors:

1. **Anja Isabel Schwanenberg**, Berlin, Germany
2. **Anja Isabel Schwanenberg**, Berlin, Germany
3. **GIUGULEA.DEV**, Berlin, Germany

Due to these circumstances, the company is insolvent and unable to pay its debts as they come due. We are seeking a discharge of debts through Chapter 7 liquidation in order to fairly distribute any available assets among creditors.

Enclosed with this letter, you will find the following documents:

1. Completed Chapter 7 bankruptcy petition forms.
2. Statement of Financial Affairs.
3. Schedules of Assets and Liabilities.
4. List of Creditors.

We kindly request that this petition be reviewed and accepted, and we are prepared to cooperate fully with the court throughout the liquidation process. Should you require any additional information or documentation, please do not hesitate to contact me at [your contact information].

Case 24-11184-1    Doc 1    Filed 10/24/24    Entered 10/24/24 15:55:07    Desc Main
Document    Page 9 of 9